OCTOBER 18, 1948.

No. 10. BELLASKUS *v.* CROSSMAN, OFFICER IN CHARGE, U. S. IMMIGRATION & NATURALIZATION SERVICE. Argued October 13, 1948. Decided October 18, 1948. *Per Curiam:* Upon suggestion of the Solicitor General and consideration of the record, the judgment of the Court of Appeals is reversed and the cause is remanded to the District Court with directions to vacate its order discharging the rule to show cause and dismissing the petition for a writ of habeas corpus. Peti-

tioner submitted on brief *pro se*.  *Philip R. Monahan* argued the cause for respondent.  With him on the brief were *Solicitor General Perlman* and *Robert S. Erdahl*.